## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mendoza, Rodolfo

Printed: 12/10/08

Case Number: 08 B 06109

Judge: Squires, John H

Filed: 3/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 29, 2008

Confirmed: May 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,538.35 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,437.99 |
| Trustee Fee: |  | 100.36 |
| Other Funds: |  | 0.00 |
| Totals: | 1,538.35 | 1,538.35 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,437.99 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 107,179.40 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 13.42 | 0.00 |
| 5. | Chase Bank USA NA | Unsecured | 73.83 | 0.00 |
| 6. | First Northern Credit Union | Unsecured | 828.89 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,389.56 | 0.00 |
| 8. | Donna Mendoza | Priority |  | No Claim Filed |
| 9. | Cash Call | Unsecured |  | No Claim Filed |
| 10. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 11. | Alliance One | Unsecured |  | No Claim Filed |
| 12. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
| 13. | ACC International | Unsecured |  | No Claim Filed |
| 14. | Palos Community Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 112,949.10 | $ 1,437.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 76.00 |
| 6.6% | 24.36 |
|  | $ 100.36 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mendoza, Rodolfo

|   Case Number:  08 B 06109
|   Judge:  Squires, John H
          Printed: 12/10/08   |   Filed:  3/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.


Marilyn O. Marshall, Trustee, by:

